EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted September 16, 2013; decided October 17, 2013

Motion by International Municipal Lawyers Association et al., insofar as it seeks to file a brief amici curiae on the motion by defendants for leave to appeal herein, granted and the proposed brief is accepted as filed; motion, insofar as it seeks leave for movants to appear amici curiae on the appeal herein, denied as premature (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [3]).

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT R. DELEE, Respondent.

Submitted October 15, 2013; decided October 17, 2013

Motion by Lambda Legal Defense and Education Fund, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ODDONE, Appellant.

Submitted October 15, 2013; decided October 17, 2013

Motion by Innocence Project, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.